# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3402

_____

Rickey Dale Holtsclaw

*Plaintiff - Appellant*

v.

Mayor Sandy Sanders, City of Fort Smith, Arkansas; Chief of Police Kevin Lindsey, City of Fort Smith, Arkansas; Mayor Lioneld Jordan, City of Fayetteville, Arkansas; Chief of Police Greg Tabor, City of Fayetteville, Arkansas

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: February 15, 2017
Filed: February 21, 2017
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Rickey Holtsclaw appeals after the District Court[1] dismissed his pro se 42 U.S.C. § 1983 complaint alleging violations of his right to equal protection of the law under the Fourteenth Amendment. After de novo review, we see no reason to reverse the dismissal order because Holtsclaw failed to state an equal-protection claim. See Phillips v. Norris, 320 F.3d 844, 848 (8th Cir. 2003) (concluding that an equal protection failed where the plaintiff did not allege membership in a protected class or purposeful discrimination). Accordingly, we affirm. See 8th Cir. R. 47B.

————————————————

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.